UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

AMBER SHAH

Plaintiff,

V.                                                    CIVIL ACTION NO

PERFORMANT RECOVERY, INC.

Defendant,                                            OCTOBER 11, 2012

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices" Act

("FDCPA"), 15 U.S.C. § 1692; and regulations issued thereunder; and the

Connecticut Unfair Trade Practices ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court's jurisdiction is conferred by 15 U.S.C.l692k and 28 U.S.C. 1331

and 1367.

3. Plaintiff is a natural person who resides in Branford, CT.

4. Plaintiff is a consumer within the FDCPA.

5. Defendant is a debt collector within the FDCPA and has a principal place of

business located at 333 NORTH CANYONS PKWY, SUITE 100, LIVERMORE, CA,

94551.

6. Defendant communicated with the Plaintiff by letter dated on or about September 4, 2012, in regards to her deceased husband's personal student loan debt.

7. Prior to the collection attempts, Plaintiff went to her deceased husband's former college and provided the School's Financial Aid Department a copy of her husband's death certificate.

8. Defendant added an illegal collection fee of $2,673.47 to the principal amount of the debt and violated §1692e (2)(a) and §1692f (1).

9. Defendant failed to advise the Plaintiff, in their collection letter, that they were adding a collection fee of $2,673.47 to the principal amount of the debt.

10. Defendant charged the Plaintiff an illegal collection fee, which was not authorized by the student loan agreement.

**Second Count.**

11. The allegations of the First Count are repeated and realleged as if fully set forth herein.

12. Defendant has committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. 42-110a et seq.

**WHEREFORE plaintiff respectfully requests this Court to:**

1. Award Plaintiff such damages as are permitted by law including $1,000

statutory damages against the Defendant;

2. Award Plaintiff damages as are permitted by law on Count II

3. Award the Plaintiff costs of suit and a reasonable attorney's fee;

4. Award such other and further relief as law may provide.


THE PLAINTIFF

BY/S/Michael W. Kennedy
Michael W. Kennedy, Esquire
The Kennedy Law Firm
1204 Main Street, Suite 176
Branford, CT 06405
203-481-4040
Fax: 443-440-6372
Email: mwk550@yahoo.com