```
                 UNITED STATES DISTRICT COURT
                   DISTRICT OF CONNECTICUT
```

AMBER SHAH,                       :
                                  :
    Plaintiff,                   :
                                  :
    v.                            :   CASE NO.  3:12cv1452(RNC)
                                  :
PERFORMANT RECOVERY, INC.,        :
                                  :
    Defendant.                    :

## NOTICE AND ORDER

The court has reviewed the file in this case to monitor the parties' compliance with Local Rule 26(f). Local Rule 26(f) provides that, within 30 days after the appearance of any defendant, the attorneys of record and any unrepresented parties must confer for the purposes described in Fed. R. Civ. P. 26(f). Local Rule 26(e) further provides that, within 14 days after the conference, the participants must jointly complete and file a report of the conference using Form 26(f).

More than forty-four days have passed since the appearance of the defendant on December 10, 2012 (doc. #9), but no joint report has been filed. Accordingly, it is hereby ordered that the parties file the required report on or before **February 26, 2013**.

SO ORDERED at Hartford, Connecticut this 19th day of February 2013.

```
                          _____/s/_____
                          Donna F. Martinez
                          United States Magistrate Judge
```