UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| AMBER SHAH, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:12cv1452(RNC) |
| PERFORMANT RECOVERY, INC., | : |
| Defendant. | : |

ORDER

On February 19, 2013, the court ordered the parties to file a Rule 26(f) report by February 26, 2013. (Doc. #13.) To date, the parties have not complied. It is hereby ordered that the parties file the report on or before April 12, 2013 together with a memorandum as to why sanctions should not be imposed.

SO ORDERED at Hartford, Connecticut this 2nd day of April, 2013.

_____/s/_____
Donna F. Martinez
United States Magistrate Judge