UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| AMBER SHAH, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:12-cv-01452-RNC |
| | : | |
| PERFORMANT RECOVERY, INC., | : | |
| | : | |
| Defendant. | : | April 11, 2013 |
| | : | |

## NOTICE OF SETTLEMENT

The parties in the above captioned matter, through their respective counsel, have reached a settlement agreement.

                           THE PLAINTIFF

                           BY/S/Michael W. Kennedy
                           Michael W. Kennedy, Esquire
                           The Kennedy Law Firm
                           1204 Main Street, Suite 176
                           Branford, CT 06405
                           203-481-4040
                           Fax: 443-440-6372
                           Email: mwk550@yahoo.com

## *CERTIFICATION*

I hereby certify that on 4/11/13 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Michael W. Kennedy